LAW OFFICES OF BILL LATOUR
Bill LaTour [C.S.B.N. 169758]
11332 Mountain View Ave., Suite C
Loma Linda, California, 92354
    Telephone: [909] 796-4560
    Facsimile: [909] 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| DANIEL SAVEDRA, | ) No. ED CV 09-1373-PLA |
| | ) |
|   Plaintiff, | ) <u>ORDER OF DISMISSAL WITH</u> |
| | ) <u>PREJUDICE</u> |
|   v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
|   Defendant. | ) |
| _____ | ) |

    Pursuant to the parties' Stipulation to Dismissal With Prejudice, IT IS ORDERED that the above-captioned proceeding is dismissed with prejudice; each side to bear their own attorney fees, costs, and expenses, including but not limited to attorney fees under the Equal Access to Justice Act.

Date: November 24, 2009                        _____
                                                               PAUL L. ABRAMS
                                                               UNITED STATES MAGISTRATE JUDGE